IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 12-cr-00069-JLK-01

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

TIMOTHY JOHN VANDERWERFF,

       Defendant.

---

**ORDER TO SURRENDER IN LIEU OF
TRANSPORTATION BY THE UNITED STATES MARSHAL**

---

       IT IS ORDERED that Defendant, TIMOTHY JOHN VANDERWERFF, having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender himself on June 4, 2013, by 12:00 noon, by reporting either to the Warden, Federal Correctional Institution Butner - Low, in Butner, North Carolina, to travel at his own expense, or to the United States Marshals Office.

       DATED at Denver, Colorado, this 20th day of May, 2013.

       BY THE COURT:

       *s/John L. Kane*
       JOHN L. KANE
       Senior United States District Judge